# LA CORTE, BUNDY, VARADY & KINSELLA

ATTORNEYS AT LAW
989 BONNEL COURT
UNION, NEW JERSEY 07083
(908) 810-0500
FAX: (908) 810-0513

E-Mail: LBVKlaw@LBVKlaw.com

NICHOLAS S. LA CORTE (1911-1978)
GARY A. BUNDY
ROBERT F. VARADY *†
CHRISTOPHER J. KINSELLA*

CHRISTINA M. DIPALO*

OF COUNSEL,
JOHN F. MALONE

*NY BAR
†CERTIFIED CIVIL TRIAL ATTORNEY

IN REPLY REFER TO FILE NO.

February 9, 2015

**Via Electronic Filing**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building &
    U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    Wendell Kirkland and Anthony Kirkland v. City of Linden, et al.
            Civil Action No.: 2:12-cv-01196

Dear Judge Hammer:

    Please be advised that I represent retired Municipal Judge DiLeo in regard to the above captioned matter. I am writing this letter to request a brief adjournment of the initial scheduling conference which is set to take place on February 17, 2015. My reason for the adjournment is that I will be on a planned vacation out of the State of New Jersey from February 15, 2015, through March 1, 2015. I would appreciate any consideration that Your Honor can give me in regard to this request.

                            Respectfully submitted,
                            LaCorte, Bundy, Varady & Kinsella

                            s/Robert F. Varady

                            Robert F. Varady

RFV/jc
cc:    Michael P. Rubas, Esq. (Via Electronic Filing)
        David A. Schwartz, Esq. (Via Electronic Filing)