LAW OFFICES
**CHASAN LEYNER & LAMPARELLO**
A PROFESSIONAL CORPORATION
ESTABLISHED 1957

300 LIGHTING WAY
SECAUCUS, NEW JERSEY 07094
TEL. (201) 348-6000
FAX (201) 348-6633
WWW.CHASANLAW.COM

RALPH J. LAMPARELLO ▲*†
ROBERT A. KAYE ▲
CINDY NAN VOGELMAN
JOHN V. MALLON **
STEVEN L. MENAKER †*
THOMAS R. KOBIN ▲
ROBERT A. CAPPUZZO ▲
JOHN L. SHAHDANIAN II ▲
JOHN P. BEIRNE
MICHAEL D. WITT
THOMAS A. MORRONE *
NICOLE R. CASSATA
MITCHELL L. PASCUAL ▲
MARTHA D. LYNES
JAMES F. DRONZEK

PETER L. MacISAAC *
JOSEPH A. LAGANA
MICHAEL A. D'ANTON, PH.D. ▼
JOSEPH A. GARCIA ▲
KENNETH A. PORRO

OF COUNSEL
HERBERT KLITZNER
THOMAS B. HIGHT
KIRSTIN BOHN ▲
ROOSEVELT JEAN *
PHILIP W. LAMPARELLO ▲

TEJAL FORRAR
LARRY E. SCIENSKI ▲

J. NICHOLAS STRASSER *
JOHN M. TUNTEVSKI ▲
RICHARD W. FOGARTY ▲
MARIA P. VALLEJO ▲
RAYMOND J. SEIGLER
DANIEL R. LAGANA
SAMAR SIYAM ▲
MICHAEL S. FLEMING
CHEYNE R. SCOTT
MOLLIE F. HARTMAN
JOSEPH E. SANTANASTO ▲
RONALD P. BOTELHO ▲
DANIEL J. GRANATELL ▲
JOSEPH M. MARABONDO
QING H. GUO ▲

COUNSEL
JOEL A. LEYNER ▲
ARTHUR N. D'ITALIA
THOMAS P. OLIVIERI
NEIL B. FINK ▲

RAYMOND CHASAN
(1904-1988)

▲ NJ & NY BARS
♦ NJ & PA BARS
▼ NJ, NY & DC BARS
* CERTIFIED CIVIL TRIAL ATTORNEY
† CERTIFIED CRIMINAL TRIAL ATTORNEY

September 9, 2016

By Facsimile 973-645-3020 and NJLS

Hon. James B. Clark III, U.S.M.J.
U.S. District Court
District of New Jersey Newark
Frank R. Lautenberg U.S. P.O. & Courthouse
1 Federal Square
Newark, New Jersey 07102

Re:   Kirkland, et al. v. DiLeo, et al.
      Civil Action No. 2:12-cv-01196 (JMV-JBC)
      File No. 13653-0014

\* Counsel for Nicholas P. Scutari shall participate in the telephone scheduled in this matter for September 14, 2016 at 12:00 PM.

SO ORDERED
s/James B. Clark
James B. Clark, U.S.M.J.
Date: September 12, 2016

Dear Judge Clark:

This firm has been engaged to represent the interests of nonparty Nicholas P. Scutari ("Scutari") with respect to the above-referenced action. On September 6, 2016, plaintiffs filed a motion seeking permission to file a First Amended Complaint, which, among other things, names Scutari as an additional defendant. Plaintiffs' motion is presently scheduled to be decided on the papers on October 3, 2016.

It is our understanding that the Court's Pretrial Scheduling Order, dated March 30, 2015, required that "[a]ny motion to add new parties or amend pleadings, whether by amended or third party complaint, must be filed not later than **June 22, 2015**." (Docket Entry No. 34, ¶ 12).

If the Court is nevertheless inclined to entertain plaintiffs' motion, we request permission to participate in the telephone/status conference scheduled in this matter for September 14, 2016, at 12:00 p.m. At that time, we intend to request permission to file

Hon. James B. Clark, U.S.M.J.
September 9, 2016
Page 2

opposition to plaintiffs' motion to amend, which we cannot e-file without the Court's approval, and seek an adjournment of the motion's return date.

    We thank Your Honor for your consideration.

                                                      Respectfully,

                                                      James F. Dronzek
                                                      For the Firm

JFD/aml
c:    Michael Peter Rubas, Esq. (by facsimile 201-222-1557 and FCM)
      Robert F. Varady, Esq. (by facsimile 908-810-0513 and FCM)
      David A. Schwartz, Esq. (by facsimile (732) 544-1462 and FCM)