**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>2 FEDERAL SQUARE, ROOM 369<br>NEWARK, NJ 07102<br>973-776-7700 |

September 15, 2016

### LETTER ORDER

Re:   **Kirkland, et al. v. DiLeo, et al.**
         **Civil Action No. 12-1196 (JMV)**

Dear Counsel:

As discussed during the telephone conference held in this matter on September 14, 2016, the Court orders the following:

1) Discovery in this matter and Plaintiffs' pending Motion to Amend [Dkt. No. 65] are stayed for a period of sixty (60) days in order to allow the parties to engage in private mediation. The Clerk of the Court shall **administratively terminate** Plaintiffs' Motion to Amend [Dkt. No. 65].

2) Notwithstanding this stay, Plaintiffs have represented that they will provide answers to all extant interrogatories within the next few weeks and by no later than the expiration of the above stay.

3) The Court will conduct a telephone status conference with the parties on **November 14, 2016 at 10:00 AM**. Counsel for Plaintiffs shall initiate the call.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　s/ James B. Clark, III
　　　　　　　　　　　　　　　　　　　　　　**JAMES B. CLARK, III**
　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**