## LA CORTE, BUNDY, VARADY & KINSELLA

ATTORNEYS AT LAW
989 BONNEL COURT
UNION, NEW JERSEY 07083
(908) 810-0500
FAX: (908) 810-0513

E-Mail: LBVKlaw@LBVKlaw.com

NICHOLAS S. LA CORTE (1911-1978)
GARY A. BUNDY
ROBERT F. VARADY *†
CHRISTOPHER J. KINSELLA*

CHRISTINA M. DIPALO*

OF COUNSEL,
JOHN F. MALONE

*NY BAR
†CERTIFIED CIVIL TRIAL ATTORNEY

IN REPLY REFER TO FILE NO.

October 27, 2016

Via Pacer
Honorable James B. Clark, III
United States District Court
M.L.K., Jr., Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   Wendell Kirkland, et al. vs. City of Linden, et al.
       Civil Action No.: 2:12-cv-01196

Dear Magistrate Judge Clark:

As you are aware, I represent defendant, DiLeo, in regard to the above captioned matter. I am writing this letter on behalf of all counsel who have conferred prior to me drafting this correspondence.

At the present time this matter has been stayed so that the parties could conduct a mediation before retired United States Magistrate Judge Hughes. The court has tentatively scheduled a telephone status conference with the parties on November 14, 2016, at 10:00 a.m. Prior to that conference, the parties wish to ask the court to extend the stay through December 31, 2016, so that the mediation with Judge Hughes may take place. That mediation has been scheduled for December 19, 2016. If the case is not resolved at the mediation, we would ask that you enter an Order rescheduling a telephone status conference for either late December or early January 2017.

On behalf of all counsel, I thank you for your consideration in this matter.

Respectfully submitted,

La Corte, Bundy, Varady & Kinsella

By: s/Robert F. Varady, Esq.
Robert F. Varady, Esq.

RFV/mf
cc: Michael P. Rubas, Esq.  (Via electronic filing only)
cc: David A. Schwartz, Esq. (Via electronic filing only)