# LA CORTE, BUNDY, VARADY & KINSELLA

ATTORNEYS AT LAW
989 BONNEL COURT
UNION, NEW JERSEY 07083
(908) 810-0500
FAX: (908) 810-0513

E-Mail: LBVKlaw@LBVKlaw.com

NICHOLAS S. LA CORTE (1911-1978)
GARY A. BUNDY
ROBERT F. VARADY **†**
CHRISTOPHER J. KINSELLA*
_____

CHRISTINA M. DIPALO*
_____

OF COUNSEL,
JOHN F. MALONE

*NY BAR
†CERTIFIED CIVIL TRIAL ATTORNEY

IN REPLY REFER TO FILE NO.

December 20, 2016

Honorable James B. Clark, III
United States District Court
M.L.K., Jr., Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:    Wendell Kirkland, et al. vs. City of Linden, et al.**
> **Civil Action No.: 2:12-cv-01196**

Dear Judge Clark:

I am happy to advise you that the above matter was settled on December 19, 2016. The parties request an entry of a 60 day Order.

Respectfully submitted,

La Corte, Bundy, Varady & Kinsella

By:      s/Robert F. Varady
Robert F. Varady, Esq.

RFV/mf
cc: Michael P. Rubas, Esq.  (Via electronic filing only)
cc: David A. Schwartz, Esq. (Via electronic filing only)